# EXHIBIT 1

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| IN RE: KUGEL MESH HERNIA PATCH PRODUCT LIABILITY LITIGATION | ) | MDL Docket No. 1842 |

**DEFENDANTS' THIRTY-FIFTH RULE 7.5(e) NOTICE OF POTENTIAL TAG-ALONG**

TO: Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N E., Room G-255. North Lobby
Washington, D.C 20002-8004

Defendant C R Bard, Inc and Defendant Davol Inc., by and through their counsel of record, hereby give notice, pursuant to Rule 7 5(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, of the existence of the following potential "tag-along actions" in which one or both of Defendants are named These actions appear to involve common questions of fact with those actions transferred by this Panel's prior order dated June 22, 2007

**United States District Court for the Southern District of Texas**

*Regina Ann Banks v. Davol Inc and CR Bard, Inc.*, Civ Action No 4:07-cv-03861; Judge Lynn N Hughes

*David Jack Baughn v. Davol Inc and CR Bard, Inc.*, Civ Action No 4:07-cv-03862; Judge Lee H Rosenthal

*Charles P Berry v Davol Inc and CR Bard, Inc.*, Civ Action No 4:07-cv-03863; Judge Samuel B Kent.

*William Dan Turner v. Davol Inc. and CR Bard, Inc.*, Civ Action No. 4:07-cv-03864; Judge David Hittner

*Randee P. Van Ness v. Davol Inc and CR Bard, Inc.*, Civ Action No 4:07-cv-03865; Judge Gray H Miller

*Kevin W. Vecchio v. Davol Inc. and CR Bard, Inc.*, Civ Action No 4:07-cv-03866; Judge Keith P Ellison

*Daniel E. Velasco v. Davol Inc. and CR Bard, Inc.*, Civ Action No 4:07-cv-03867; Judge Lynn N Hughes

*Kevin Patrick Walsh, Sr v. Davol Inc and CR Bard, Inc.*, Civ Action No 4:07-cv-03868; Judge Melinda Harmon

*Helen Faye Wright v. Davol Inc and CR Bard, Inc.*, Civ Action No. 4:07-cv-03869; Judge Samuel B Kent

*Anthony J. Zuccarello v. Davol Inc. and CR Bard. Inc.*, Civ Action No 4:07-cv-03870; Judge Vanessa D Gilmore

*Thomas Leo Boone v Davol Inc and CR Bard, Inc.*, Civ Action No 4:07-cv-03875; Judge Ewing Werlein, Jr

*Jeanine M. Camacho v. Davol Inc and CR Bard Inc.*, Civ Action No 4:07-cv-03876; Judge Samuel B Kent

*Amelia M Cortez v. Davol Inc and CR Bard, Inc.*, Civ Action No 4:07-cv-03878; Judge Samuel B Kent

*Roland J Gilbert v. Davol Inc. and CR Bard Inc.*, Civ Action No. 4:07-cv-03880; Judge Samuel B Kent

*Christopher A Hargis v. Davol Inc. and CR Bard, Inc.*, Civ Action No 4:07-cv-03881; Judge Sim Lake

*Jane Ellis O Connell v. Davol Inc and CR Bard. Inc.*, Civ Action No 4:07-cv-03882; Judge Keith P Ellison

*William N. Klein v. Davol Inc. and CR Bard, Inc.*, Civ Action No 4:07-cv-03904; Judge Vanessa D Gilmore

*Jeffrey Terrell Lancaster v. Davol Inc and CR Bard. Inc.*, Civ Action No 4:07-cv-03906; Judge Kenneth M Hoyt

*Teresa C Martin v. Davol Inc and CR Bard, Inc.*, Civ Action No 4:07-cv-03907; Judge Nancy F Atlas

*Kenneth Dean Moats v. Davol Inc and CR Bard, Inc.*, Civ Action No 4:07-cv-03908; Judge Gray H Miller

*Lloyd Raymond Neal v. Davol Inc and CR Bard, Inc*, Civ Action No. 4:07-cv-03909; Judge Melinda Harmon

*Paula M. O'Brien v. Davol Inc. and CR Bard Inc.*, Civ Action No. 4:07-cv-03911; Judge Sim Lake.

*Kathy B Peterson v. Davol Inc. and CR Bard, Inc*, Civ Action No 4:07-cv-03912; Judge (Unassigned)

*Michael Craig Phillips v. Davol Inc and CR Bard, Inc.*, Civ Action No 4:07-cv-03900; Judge Kenneth M Hoyt.

*Margaret T. Pieser v. Davol Inc. and CR Bard, Inc.*, Civ Action No 4:07-cv-03901; Judge Lee H Rosenthal

*Stacy L. J Price v Davol Inc. and CR Bard. Inc*, Civ Action No 4:07-cv-03902; Judge Melinda Harmon.

*Charles A Rees v. Davol Inc and CR Bard, Inc.*, Civ Action No 4:07-cv-03903; Judge Samuel B Kent.

*James A Reid v. Davol Inc and CR Bard. Inc*. Civ Action No 4:07-cv-03889; Judge Samuel B Kent

*Tracy S Reitzel v. Davol Inc and CR Bard, Inc*, Civ Action No. 4:07-cv-03913; Judge Melinda Harmon

*Harold W. Ritchie. Sr v. Davol Inc and CR Bard. Inc*, Civ Action No 4:07-cv-03904; Judge Vanessa D Gilmore

*Terry T. Robinson v. Davol Inc. and CR Bard, Inc.*, Civ Action No 4:07-cv-03891; Judge Ewing Welein. Jr

*Alexander Rodriguez v. Davol Inc. and CR Bard Inc.*, Civ Action No 4:07-cv-03892; Judge Keith P Ellison

*Judith Ann Rouiller v. Davol Inc and CR Bard, Inc* - Civ Action No 4:07-cv-03914; Judge (Unassigned).

*Hernando Rubio v. Davol Inc and CR Bard, Inc.*, Civ Action No. 4:07-cv-03893; Judge Nancy F Atlas

*Jackie L. Shirley v. Davol Inc and CR Bard. Inc* - Civ Action No 4:07-cv-03915; Judge (Unassigned)

*Olivia Solis v. Davol Inc and CR Bard, Inc.*, Civ Action No 4:07-cv-03894; Judge Samuel B Kent

*Gerald S Solomon v. Davol Inc and CR Bard Inc*, Civ Action No 4:07-cv-03895; Judge Kenneth M Hoyt

*Susan Jane Strehlo v. Davol Inc and CR Bard, Inc.*, Civ Action No 4:07-cv-03896; Judge Lee H Rosenthal

*Arthur J. Stewart v. Davol Inc. and CR Bard Inc*, Civ Action No 4:07-cv-03897; Judge Sim Lake

*Tony C. Tambrello v. Davol Inc. and CR Bard Inc.*, Civ Action No. 4:07-cv-03898; Judge

**United States District Court for the Northern District of Georgia**

*Sandra Y. Grizzard and Billy Jack Grizzard v Davol Inc. and CR Bard, Inc*, Civ Action No 3:07-cv-00107; Judge Jack T Camp

Dated: November 20, 2007

Respectfully submitted,

SPRIGGS & HOLLINGSWORTH

Kirby T. Griffis /MEJ

Joe G Hollingsworth
Katharine R Latimer
Kirby T Griffis
William J Cople, III
1350 I Street NW
Washington, D.C 20005
(202) 898-5800
(202) 682-1639 (facsimile)

*Attorneys for Defendant C.R Bard, Inc and Defendant Davol Inc.*

**PROOF OF SERVICE**

I hereby certify that on this 20th day of November, 2007, a true and correct copy of the foregoing Defendants' Thirty-Fifth Rule 7.5(c) Notice of Potential Tag-Along was served via first class mail, postage pre-paid, on the following persons:

| | |
|---|---|
| ALVAREZ LAW FIRM<br>Alejandro Alvarez<br>Alex Alvarez<br>355 Palermo Avenue<br>Coral Gables, FL 33134 | **Counsel for Plaintiff: Antonio Sanchez**<br>**Counsel for Plaintiffs: Clara M. Lord and Kenny Lord** |
| AMY LYNN EWALD<br>8357 Allegheny Grove<br>Victoria, MN 55386 | **Counsel for Plaintiff: Clarice Higgins and Robert Higgins** |
| ANTHONY J BRUSCATO<br>P O Box 2374<br>Monroe, LA 71207 | **Counsel for Plaintiff: Barbara Nelson** |
| ARNOLD & ITKIN<br>5 Houston Center<br>1401 McKinney Street, Suite 2550<br>Houston, TX 77010 | **Counsel for Plaintiff: Juan Ramos** |
| Aubrey T. Givens<br>208 Third Avenue, North<br>Suite 300<br>Nashville, TN 37201 | **Counsel for Plaintiff: Sharon Lorance** |
| Aylston Witkin & Sasser PLC<br>R. Jason Richards<br>55 Baybridge Drive<br>Gulf Breeze, FL 32561 | **Counsel for Plaintiffs: Neil Montgomery, et al.** |
| BURKE HARVEY & FRANKOWSKI<br>One Highland Place<br>2151 Highland Avenue<br>Birmingham, AL 35205 | **Counsel for Plaintiff: Clarice Higgins and Robert Higgins** |

| | |
|---|---|
| BYRD, DAVIS & EISENBERG<br>Daniel W. Andrews<br>707 W 34th Street<br>Austin, TX 78705 | **Counsel for Plaintiff: Sonya Mitchell** |
| Callis L. Childs<br>Attorney at Law<br>243 U S Highway 64 East<br>Conway, AR 72032 | **Counsel for Plaintiffs: Carolene Jean Carter, et al** |
| CARR & CARR (TULSA)<br>A Laurie Koller<br>P O BOX 35647<br>TULSA, OK 74135-0647 | **Counsel for Plaintiff: Tamara Harrington** |
| CHARLES H JOHNSON & ASSOCIATES, PA<br>Charles H Johnson<br>2599 Mississippi St.<br>New Brighton, MN 55113 | **Counsel for Plaintiff: Kevin Eisenschenk**<br>**Counsel for Plaintiff: Tammy Laxton**<br>**Counsel for Plaintiff: Paula P. Thompson**<br>**Counsel for Plaintiff: Richard Clevenger**<br>**Counsel for Plaintiff: Randall Smerud** |
| Cindy L Hawkins<br>Attorney at Law<br>P.O Box 805<br>105 Holcomb Street<br>Springdale, AR 72765-0809 | **Counsel for Plaintiffs: Mary Jane Campbell, et al.** |
| COHEN, PLACITELLA & ROTH, PC<br>Christopher M Placitella<br>115 Maple Avenue<br>Red Bank, NJ 07701 | **Counsel for Plaintiff: Joseph Girton, Jr** |

| | |
|---|---|
| **Cory Watson Crowder & Degaris**<br>Craig Philip Niedenthal<br>Ernest Cory<br>Jon C Conlin<br>Stephen R. Hunt, Jr<br>2131 Magnolia Avenue, Suite 200<br>Birmingham, AL 35205 | **Counsel for Plaintiffs: Jane R. Wilson, et al**<br>**Counsel for Plaintiff: David Kinney**<br>**Counsel for Plaintiff: J.W Collins**<br>**Counsel for Plaintiff: Victoria McNeir**<br>**Counsel for Plaintiff: Elmer Knapp**<br>**Counsel for Plaintiff: Lynn Jones**<br>**Counsel for Plaintiff: Bonnie Tompkins**<br>**Counsel for Plaintiff: Brenda Randall**<br>**Counsel for Plaintiff: Loretta Renee Wilkins**<br>**Counsel for Plaintiff: Robert Witt**<br>**Counsel for Plaintiff: Jack Irving**<br>**Counsel for Plaintiffs: Steven Bost and Donna Byers**<br>**Counsel for Plaintiff: Sandra Barrientos** |
| **Crumley & Associates, P C.**<br>Marcus Edward Hayes, Sr.<br>2400 Freeman Mill Rd , Ste 200<br>Greensboro, NC 27406 | **Counsel for Plaintiff: Brenda Randall**<br>**Counsel for Plaintiff: Elmer Knapp** |
| **David M. Hicks & Associates**<br>David M Hicks<br>Generally Admitted<br>7720 Stonebridge Golf Drive<br>Maryville, IL 62062 | **Counsel for Plaintiff: Joyce Rios** |
| **DAVID A. HODGES**<br>Attorney at Law<br>Centre Place<br>212 Center Street, Fifth Floor<br>Little Rock, AR 72201-2429 | **Counsel for Plaintiffs: Carolene Jean Carter, et al.**<br>**Counsel for Plaintiffs: Mary Jane Campbell, et al** |
| **DOUGLAS & LONDON**<br>Michael A. London<br>111 John Street, 8th Floor<br>New York, NY 10038 | **Counsel for Plaintiffs: John Dileonardo, et al**<br>**Counsel for Plaintiffs: Florence Horowitz, et al.** |
| **DOUGLAS S. HARRIS**<br>1698 Natchez Trace<br>Greensboro, NC 27455 | **Counsel for Plaintiff: Angel Marie Wilson, as administratrix of the estate of Brenda Myers** |

| | |
|---|---|
| **DOWDY & COCKERHAM**<br>Wayne Dowdy<br>P. O Box 30<br>Magnolia. MS 39652 | **Counsel for Plaintiff: Margaret Williams** |
| **Eckley M Keach. Chtd.**<br>Eckley M Keach<br>520 S Fourth Street<br>Las Vegas. NV 89101 | **Counsel for Plaintiffs: Judy A Nichol, et al.** |
| **ESHELMAN LEGAL GROUP**<br>Charles Richard Eshelman<br>205 Portage Trail Extension West<br>Cuyahoga Falls, OH 44223 | **Counsel for Plaintiff: David Kinney** |
| **Friedman Law Offices**<br>Daniel H Friedman<br>3800 Normal Boulevard. Suite 200<br>Lincoln. NE 68506 | **Counsel for Plaintiff: Victoria McNeir** |
| **Gray & Ritter, P.C**<br>Maurice B Graham<br>M Graham Dobbs<br>701 Market Street. Suite 800<br>St Louis, MO 63101-1826 | **Counsel for Plaintiffs: Timothy J. Edgar, et al** |
| **Heninger Garrison Davis, LLC**<br>W Lewis Garrison<br>Timothy C Davis<br>William L. Bross<br>2224 1st Avenue North<br>Birmingham. AL 35203 | **Counsel for Plaintiffs: Lilyan Kathleen Hall, et al**<br>**Counsel for Plaintiff: Clarice Higgins and Robert Higgins** |
| **HENSON & FUERST, P.A.**<br>Carmaletta L. Henson<br>P O. Box 7008<br>Rocky Mount. NC 27804 | **Counsel for Plaintiff: Jack Irving** |
| **PLATTNER, VERDERAME, PC**<br>316 East Flower Street<br>Phoenix. AZ 85067 | **Counsel for Plaintiff: Carmell R. Adams Bradbury** |

| | |
|---|---|
| HOLLOWAY BETHEA & OSENBAUGH PLLC<br>Dan L. Holloway<br>3035 NW 63rd<br>Suite 102 N<br>Oklahoma City, OK 73116 | **Counsel for Plaintiff: Maria Chaparro** |
| Hughes & Coleman<br>Lee L. Coleman<br>P.O. Box 10120<br>Bowling Green, KY 42102 | **Counsel for Plaintiff: J.W. Collins** |
| HUTTON & HUTTON<br>8100 E 22nd Street North Building, 1200<br>P.O. Box 638<br>Wichita, KS 67201 | **Counsel for Plaintiff: Harry Barsamian** |
| LAW OFFICE OF JEFF S. DANIEL, PC<br>Jeffrey S. Daniel<br>PO Box 131323<br>Birmingham, AL 35213 | **Counsel for Plaintiff: Donald Ray Horton** |
| JOHN H MODESETT, III<br>Attorney at Law<br>500 N Water<br>Ste 1200<br>Corpus Christi, TX 78471 | **Counsel for Plaintiff: Catalina Garcia** |
| KEATING JONES HUGHES, P.C<br>Robert M Keating<br>One Southwest Columbia Street<br>Suite 800<br>Portland, OR 97258 | **Counsel for Defendant: LEGACY HEALTH SYSTEM, d/b/a Meridian Park Hospital** |
| KIEVIT ODOM & BARLOW<br>Bradley Syfrett Odom<br>635 W Garden Street<br>Pensacola, FL 32502 | **Counsel for Plaintiffs: Jane R. Wilson, et al.** |
| KUTAK ROCK LLP<br>William Douglas Martin<br>214 W Dickson<br>Fayetteville, AR 72701 | **Counsel for Defendants: Surgical Sense, Inc., WCO Medical Products Corporation** |

| | |
|---|---|
| LANGSTON LAW FIRM, PA<br>William Monroe Quinn, II<br>P.O. Box 787<br>Booneville, MS 38829-0787 | **Counsel for Plaintiff: Robert Scott** |
| LAW OFFICE OF DIANE STERNLIEB<br>Diane Sternlieb<br>314 Bradley Street<br>Carrolton, GA 30117 | **Counsel for Plaintiff: Sandra Grizzard and Billy Jack Grizzard** |
| Law Office of Donald D. Zuccarello<br>Donald D. Zuccarello<br>Nina H. Parsley<br>3209 West End Avenue<br>Nashville, TN 37203 | **Counsel for Plaintiff: George Andrew Luffman**<br>**Counsel for Plaintiffs: Lydia F Kolb, et al.**<br>**Counsel for Plaintiff: Lattica Laskey Horton**<br>**Counsel for Plaintiffs: Martha Burleson, et al** |
| LAW OFFICES OF EDWARD B CHATOIAN<br>Frank Lapomardo<br>Edward B Chatoian II, Esq<br>2607 Fresno Street<br>Fresno, CA 93721 | **Counsel for Plaintiffs: Frank Lapomardo and Barbara Lapomardo** |
| Law Offices of Frank O Hanson, Jr.<br>Frank O Hanson, Jr<br>4401 Gary Avenue<br>Fairfield, AL 35064 | **Counsel for Plaintiffs: David Staton, et al.** |
| Law Offices of Rodney A. Klein<br>Law Offices of Lawrence S Paikoff<br>Rodney A Klein<br>Lawrence S Paikoff<br>2300 Bell Executive Lane<br>Sacramento, California 95825 | **Counsel for Plaintiffs: Sue Divjak and Jay Childs** |
| LAW OFFICES OF WILLIAM E BOURGEOIS<br>William Borgeois<br>1900 North 18th Street, Suite 452<br>P.O. Box Drawer 2255<br>Monroe, LA 71207-2255 | **Counsel For Defendant: Morehouse General Hospital** |

| | |
|---|---|
| LAWTON & CATES<br>Douglas Phebus<br>10 East Doty<br>Madison, WI 53703 | **Counsel for Plaintiffs: James Daniel Mathein, et al** |
| LEE EADON ISGETT AND POPWELL GARY<br>Walton Popwell, Jr<br>PO Box 1505<br>Columbia, SC 29202 | **Counsel for Plaintiff: Mia Vanboenschoten** |
| LIMBEROPOULOS LAW FIRM<br>400 N Ashley Dr , Suite 2150<br>Tampa, FL 33602 | **Counsel for Plaintiff: Clarissa Mahr** |
| LUNDY & DAVIS<br>Matthew E. Lundy<br>P.O. Box 3010<br>Lake Charles, LA 70602-3010 | **Counsel for Plaintiff: Randall G. Woodard**<br>**Counsel for Plaintiff: Walter W Rutherford** |
| Mandelbaum & Schwarz, Ltd.<br>Kim Irene Mandelbaum<br>2012 Hamilton Lane<br>Las Vegas, NV 89106 | **Counsel for Defendant: Boulder City Hospital** |
| MORGAN MEYERS<br>Scott W Rooney<br>3200 Greenfield Road<br>Suite 260<br>Dearborn, MI 48120-1802 | **Counsel for Plaintiff: Sandra Waycaster** |
| VICKERY, WALDNER & MALLIA, LLP<br>Michael P Mallia<br>One Riverway<br>Suite 1150<br>Houston, TX 77056-1920 | **Counsel for Plaintiff: Richard Reyna** |
| Miller & Wagner, LLP<br>S. Michael Rose<br>2210 N W. Flanders Street<br>Portland, OR 97210-3408 | **Counsel for Plaintiffs Jon Snyder and Lisa Snyder** |

| | |
|---|---|
| MOTLEY RICE LLC<br>Donald A. Migliori<br>321 S. Main Street, 2nd Floor<br>P.O. Box 6067<br>Providence, RI 02940-6067 | **Counsel for Plaintiffs: Sonia Montiel, et al**<br>**Counsel for Plaintiff: Lynn Jones**<br>**Counsel for Plaintiff: Bonnie Tompkins** |
| MOTLEY RICE LLC<br>Fred Thompson, III<br>Rhett D. Klok<br>Fred Thompson<br>Carmen Scott<br>28 Bridgeside Boulevard<br>P.O. Box 1792<br>Mt. Pleasant, SC 29465 | **Counsel for Plaintiffs: Sonia Montiel, et al.**<br>**Counsel for Plaintiff: Lynn Jones**<br>**Counsel for Plaintiff: Bonnie Tompkins** |
| MULLIGAN & BANHAM<br>Elizabeth Anne Banham<br>2442 Fourth Avenue, Suite 100<br>San Diego, CA 92101 | **Counsel for Plaintiffs: Wendy H. Risley, et al.** |
| Murdock & Associates<br>Robert E. Murdock<br>520 S. 4th Street, Second Floor<br>Las Vegas, NV 89101 | **Counsel for Plaintiffs: Judy A. Nichol, et al.** |
| NOVAK, ROBENALT & PAVLIK<br>Colin P. Sammon<br>950 Skylight Office Tower<br>1660 West Second Street<br>Cleveland, OH 44113 | **Counsel for Plaintiff: Vicki L. Corley** |
| OFFICE OF CAROL ORLECK<br>Doris Carol Orleck<br>5-1/2 East Broad Street<br>Newnan, GA 30263 | **Counsel for Plaintiff: Sandra Grizzard and Billy Jack Orleck** |
| Parker Waichman Alonso LLP<br>Jerrold S. Parker<br>Andrew Alonso<br>David Krangle<br>111 Great Neck Road, 1st Floor<br>Great Neck, NY 11021 | **Counsel for Plaintiffs: Florence Horowitz, et al.** |

| | |
|---|---|
| PEDROLI & GAUTHIER<br>Robert H Pedroli, Jr<br>7777 Bomhomme Avenue, Suite 2250<br>Clayton, MO 63105 | **Counsel for Plaintiff: Beverly Diffee** |
| PHEBUS & KOESTER<br>Joseph W Phebus<br>136 W Main Street<br>Urbana, IL 61801 | **Counsel for Plaintiffs: James Daniel Mathein, et al.** |
| Pittman, Dutton, Kirby & Hellums, P C<br>Leigh King Forstman<br>1100 Park Place Tower<br>2001 Park Place North<br>Birmingham, AL 35203 | **Counsel for Plaintiff: Stephanie Theoret** |
| PLACZEK & FRANCIS<br>Matthew W Placzek<br>Angela DeSanctis Myers<br>1722 South Glenstone, Suite J<br>Springfield, Missouri 65804 | **Counsel for Plaintiff: Doris Perlman** |
| Pogust & Braslow, LLP<br>Harris L Pogust<br>161 Washington Street, Suite 1520<br>Conshocken, PA 19428 | **Counsel for Plaintiffs: Jenine Von Essen, Et al.** |
| POLITO & QUINN<br>Michael J. Quinn<br>567 Vauxhall St. Ext<br>Suite 230<br>Waterford, CT 06385 | **Counsel for Plaintiff: Melissa O. Rivers** |
| POTTS LAW FIRM, LLC<br>Derek H Potts<br>715 May Street<br>Suite 100<br>Kansas City, MO 64105 | **Counsel for Plaintiff: Nancy Skillman** |

| | |
|---|---|
| PRICE, WAICUKAUSKI & RILEY, LLC<br>301 Massachusetts Avenue<br>Indianapolis, IN 46204 | **Counsel for Plaintiff: Karl Mueller** |
| PROVOST UMPHREY LAW FIRM<br>Christopher T Kirchmer<br>490 Park Street<br>Beaumont, TX 77701 | **Counsel for Plaintiff: Ruben Cavazos**<br>**Counsel for Plaintiff: Charles Sklaner and D'Juanna Sklaner**<br>**Counsel for Plaintiff: Arthur J. Halter, Jr.**<br>**Counsel for Plaintiff: Tina Marie Glynn**<br>**Counsel for Plaintiff: Analee Marie Brallas**<br>**Counsel for Plaintiff: Jodies Lynn Luther**<br>**Counsel for Plaintiffs: Philli Stewart, Sr and Wrennette Stewart** |
| RAPPAPORT GLASS GREENE & LEVINE LLP<br>Michael G Glass<br>1355 Motor Parkway<br>Hauppauge, NY 11749 | **Counsel for Plaintiff: Frank Barone** |
| RODANAST, P.C<br>Joseph F Roda<br>Eric L. Keepers<br>801 Estelle Drive<br>Lancaster, PA 17601 | **Counsel for Plaintiffs: Robert L. Albright and Carla Albright** |
| SAIEVA, ROUSELLE, & STINE LLP<br>Thomas Saieva<br>601 W Swann Avenue, Suite B<br>Tampa, FL 33603 | **Counsel for Defendants: Town and Country Hospital, LP** |
| SEEGER WEISS LLP<br>Christopher A Seeger<br>David R Buchanan<br>Scott Alan George<br>One William Street<br>New York, NY 10004 | **Counsel for Plaintiff: Wendy H Risley, et al**<br>**Counsel for Plaintiff: Hadley Scott Smith** |

| | |
|---|---|
| SHIPMAN & WRIGHT, L L P<br>Gary K Shipman<br>11 South Fifth Avenue<br>Wilmington, NC 28401 | **Counsel for Plaintiff: C Dayton Kirk, M D** |
| SPANGENBERG, SHIBLEY & LIBER<br>Peter J Brodhead<br>Nicholas A Dicello<br>1900 East Ninth Street, Suite 2400<br>Cleveland, OH 44114 | **Counsel for Plaintiffs: Richard H Sayler, et al** |
| Sullivan Papain Block McGrath & Cannavo P.C<br>Andrew J. Carboy<br>120 Broadway, 18th Floor<br>New York, NY 10271 | **Counsel for Plaintiffs: Thomas D Hyland, et al.**<br>**Counsel for Plaintiffs: Sophia Katechis, et al** |
| TERRY BRYANT<br>West Memorial Office Park<br>8584 Katy Freeway, Suite 100<br>Houston, TX 77024 | **Counsel for Plaintiff: Robert Witt**<br>**Counsel for Plaintiff: Loretta Renee Wilkins** |
| Thomas Minder and Associates<br>Jonathan Alan Saul<br>2151 River Plaza Drive, Suite 290<br>Sacramento, CA 95833 | **Counsel for Plaintiffs: Daniel Poston, et al** |
| TRAVIS M HOLLEY<br>P O Drawer 590<br>Bastrop, LA 71220 | **Counsel for Plaintiff: Judith D. Collins**<br>**Counsel for Plaintiffs: Amy Leanne Barlow and John David Barlow** |
| TURLEY LAW FIRM<br>Linda Turley<br>6440 N Central Expressawy<br>1000 Turley Law Center<br>Dallas, TX 75206 | **Counsel for Plaintiffs: Robyn Perkins and Danny Perkins** |
| Wagner, Crawford and Gambill<br>Larry J Wagner<br>416 South Sixth Street<br>P.O. Box 1897<br>Terre Haute, IN 47808-1897 | **Counsel for Plaintiffs: Debra A. Wiltermood and Michael Wiltermood** |

| | |
|---|---|
| WAGSTAFF & CARTMELL, LLP<br>Jeffrey M. Kuntz<br>4740 Grand Avenue<br>Suite 300<br>Kansas City, MO 64112 | **Counsel for Plaintiffs: Thomas Duy and Julie Duy**<br>**Counsel for Plaintiff: Wallis Kane**<br>**Counsel for Plaintiff: Connie Rorvig**<br>**Counsel for Plaintiffs: Glen Van Hoose and Debby Van Hoose**<br>**Counsel for Plaintiff: John Whitfield** |
| **Wexler Toriseva Wallace LLP**<br>Edward A. Wallace<br>Mark R. Miller<br>One N. LaSalle Street, Suite 2000<br>Chicago, IL 60602 | **Counsel for Plaintiffs: Sonia Montiel, et al**<br>**Counsel for Plaintiff: Bonnie Tompkins**<br>**Counsel for Plaintiff: Jeff Boggs** |
| **Wexler Toriseva Wallace LLP**<br>Teresa C. Toriseva<br>Kathy A. Brown<br>1446 National Road<br>Wheeling, WV 26003 | **Counsel for Plaintiffs: Sonia Montiel, et al.**<br>**Counsel for Plaintiff: Bonnie Tompkins**<br>**Counsel for Plaintiff: Brenda Guyvont** |

Williams Kherkher Hart Boundas, LLP
David Willis Alexander
Steven J. Kherkher
John T. Boundas
8441 Gulf Freeway, Ste 600
Houston, TX 77017

Counsel for Plaintiff: Kathy A. Shepherd
Counsel for Plaintiff: Betsy L. Bynum
Counsel for Plaintiff: Roy R Young
Counsel for Plaintiff: Carla Jean Eaves
Counsel for Plaintiff: Willis C. Gabbard
Counsel for Plaintiff: Shirley L. Wright
Counsel for Plaintiff: Gladys Mae Fox
Counsel for Plaintiff: Mauro L. Cossentino
Counsel for Plaintiff: Margaret M. Allison
Counsel for Plaintiff: Helmut G. Andres
Counsel for Plaintiff: Patricia W Byrd
Counsel for Plaintiff: Joseph Gene Cattell
Counsel for Plaintiff: Ivy Jones Collins, III
Counsel for Plaintiff: Billy Richardson Davidson
Counsel for Plaintiff: Ida F. Dillon
Counsel for Plaintiff: Wilma Marguerite Knotts
Counsel for Plaintiff: Arthur L. Lewis
Counsel for Plaintiff: Roy Edward Newsom
Counsel for Plaintiff: Charles M Nichols
Counsel for Plaintiff: Ricky Allen Phares
Counsel for Plaintiff: Jocelyn P. Riebe
Counsel for Plaintiff: Susan Theresa Roberts
Counsel for Plaintiff: Patsy Ann Shepherd
Counsel for Plaintiff: Pamela A. Wilson
Counsel for Plaintiff: Dorothy May Wurtz-Bright
Counsel for Plaintiff: Margarite Adams
Counsel for Plaintiff: Christopher B Brown
Counsel for Plaintiff: Roselia J. Castro
Counsel for Plaintiff: Donna G. Edens
Counsel for Plaintiff: Barbara A. Johnson
Counsel for Plaintiff: Susan E. Kasem
Counsel for Plaintiff: Dwight D. Whetro
Counsel for Plaintiff: Donnie Nunley
Counsel for Plaintiff: Allen D. Townsend
Counsel for Plaintiff: Clifford Sanford
Counsel for Plaintiff: James E McCormick
Counsel for Plaintiff: Alice Marie Barnes
Counsel for Plaintiff: Aaron G. Brown
Counsel for Plaintiff: Sandra E. Landry

Counsel for Plaintiff: Carol Lee Moreau
Counsel for Plaintiff: Sharon A. Shafer
Counsel for Plaintiff: Anna Marie Vera
Counsel for Plaintiff James Anthony Gardner
Counsel for Plaintiff: Deborah G. Alford
Counsel for Plaintiff: Stephen G. Merritt
Counsel for Plaintiff: Robin A. Bolton
Counsel for Plaintiff: Mary B. Brown
Counsel for Plaintiff: Diana M. Burton
Counsel for Plaintiff: Rita D. Chandler
Counsel for Plaintiff: William J. Isch
Counsel for Plaintiff: Barbara S. Kendall
Counsel for Plaintiff: David Leis
Counsel for Plaintiff: James B. Samuel
Counsel for Plaintiff: Deanne P. Turco
Counsel for Plaintiff: Luis Aguilar-Rodriguez
Counsel for Plaintiff: Shawn Ray Brown
Counsel for Plaintiff: Carol A. Bishop
Counsel for Plaintiff: Chester Wilson Bromley
Counsel for Plaintiff: Lydia G. Cole
Counsel for Plaintiff: Gwen A. Cooney
Counsel for Plaintiff: Dorothy M. Davis
Counsel for Plaintiff: Dorothy A. Cooney
Counsel for Plaintiff: Michele L. Farmer
Counsel for Plaintiff: Thomas Joseph Gillogy
Counsel for Plaintiff: Rodney Lee Hammonds
Counsel for Plaintiff: Jeffrey Clark Hatcher
Counsel for Plaintiff: Ronnie Lee Henson
Counsel for Plaintiff: Debbie Lynn Hernandez
Counsel for Plaintiff: Maurice Patrick Hintz
Counsel for Plaintiff: Margaret Ann Ingram
Counsel for Plaintiff: Joyce Ann Johnson
Counsel for Plaintiff: Marian M. Koryciak
Counsel for Plaintiff: Danny Ray Pritchett
Counsel for Plaintiff: Donald A. Schwarzenbart
Counsel for Plaintiff: Melinda S. Velton

Counsel for Plaintiff: Joe S Larson
Counsel for Plaintiff: Howard Ray Maness
Counsel for Plaintiff: Darrel J McMellon
Counsel for Plaintiff: Kathlyn Miller
Counsel for Plaintiff: David C. Miller
Counsel for Plaintiff: Pamela S Owens
Counsel for Plaintiff: Gracie Denise Owens
Counsel for Plaintiff: Elsie J Patch
Counsel for Plaintiff: Theresa Smith
Counsel for Plaintiff: Nikki J Wright
Counsel for Plaintiff: Buford H. Adkins
Counsel for Plaintiff: Charoletta C Blackmon
Counsel for Plaintiff: Georgiann K. Donohoo
Counsel for Plaintiff: Craig E. Freese
Counsel for Plaintiff: Richard F Gillespie
Counsel for Plaintiff: Marvin D. Holler
Counsel for Plaintiff: Lawrence Paul Horne
Counsel for Plaintiff: Warren Scott Hugeller
Counsel for Plaintiff: Richard E Wolfsheimer
Counsel for Plaintiff: Ann Margaret Wright
Counsel for Plaintiff: W.L. Akins
Counsel for Plaintiff: Amado Alejos
Counsel for Plaintiff: James C. Andrews
Counsel for Plaintiff: David L Arnold
Counsel for Plaintiff: Michele Marie Beck
Counsel for Plaintiff: Harry F. Berrios
Counsel for Plaintiff: Sandra S. Borowski
Counsel for Plaintiff: Ronald Wayne Bradshaw
Counsel for Plaintiff: Claudette Dashawn Brown
Counsel for Plaintiff: Betty Camus
Counsel for Plaintiff: Frances Oveda Carroll
Counsel for Plaintiff: Kellie Darlene Deal
Counsel for Plaintiff: Josef A. Dillman
Counsel for Plaintiff: George Ward Fellabaum
Counsel for Plaintiff: Kelly M Follin
Counsel for Plaintiff: Janie Marie Gaines

Counsel for Plaintiff: Kristy Lee Geer
Counsel for Plaintiff: Harold Gomez
Counsel for Plaintiff: Donald N. Gregg
Counsel for Plaintiff: Jose L. Gutierrez, Jr.
Counsel for Plaintiff: Margo Lynn Hilton
Counsel for Plaintiff: Aubrey L. Hineman
Counsel for Plaintiff: Joanna P. Kelly
Counsel for Plaintiff: Fay M. King
Counsel for Plaintiff: Cody R. Klewin
Counsel for Plaintiff: Steven L. Lawson
Counsel for Plaintiff: David Dean Lay
Counsel for Plaintiff: Linda Y. Leonard
Counsel for Plaintiff: Levi D. Madison
Counsel for Plaintiff: Christine Marie Mallett
Counsel for Plaintiff: Ellie Mae Kendrick
Counsel for Plaintiff: Trevus Gail Manning
Counsel for Plaintiff: Deborah D. McBride
Counsel for Plaintiff: Charles Winston McCray
Counsel for Plaintiff: Reta Faye Miller
Counsel for Plaintiff: John M. Morgan
Counsel for Plaintiff: Deward A. Myers
Counsel for Plaintiff: Charles S. Nay
Counsel for Plaintiff: Linda Sue Nichols
Counsel for Plaintiff: William Leonard Norris
Counsel for Plaintiff: Blaine O. Allen
Counsel for Plaintiff: Katrina Ann Howland
Counsel for Plaintiff: Maria Torres
Counsel for Plaintiff: Bonnie Louise Adkins
Counsel for Plaintiff: Dorothy Kerns Blair
Counsel for Plaintiff: Mary H. Brown
Counsel for Plaintiff: Shirley Faye Chatham
Counsel for Plaintiff: Leonard Clay Davis
Counsel for Plaintiff: Lisa Dawn Forsee
Counsel for Plaintiff: Anita L. Gaudet
Counsel for Plaintiff: Geralyn L. Hart
Counsel for Plaintiff: Hall Anne Joiner
Counsel for Plaintiff: Eileen B. Matousk

Counsel for Plaintiff: Steve H. McClanahan
Counsel for Plaintiff: Regina Ann Banks
Counsel for Plaintiff: David Jack Baughn
Counsel for Plaintiff: Charles P. Berry
Counsel for Plaintiff: William Don Tuner
Counsel for Plaintiff: Randee P Van Ness
Counsel for Plaintiff: Kevin W. Vecchio
Counsel for Plaintiff: Daniel E Velasco
Counsel for Plaintiff: Kevin Patrick Walsh, Sr.
Counsel for Plaintiff: Helen Faye Wright
Counsel for Plaintiff: Anthony J Zuccarello
Counsel for Plaintiff: Thomas Leo Boone
Counsel for Plaintiff: Jeanluc M. Camacho
Counsel for Plaintiff: Amelia M Cortez
Counsel for Plaintiff: Roland J. Gilbert
Counsel for Plaintiff: Christopher A Hargis
Counsel for Plaintiff: Jane Ellis O'Connell
Counsel for Plaintiff: William N Klein
Counsel for Plaintiff: Jeffrey Terrell Lancaster
Counsel for Plaintiff: Teresa C. Martin
Counsel for Plaintiff: Kenneth Dean Moats
Counsel for Plaintiff: Lloyd Raymond Neal
Counsel for Plaintiff: Paula M O'Brien
Counsel for Plaintiff: Kathy B. Peterson
Counsel for Plaintiff: Michael Craig Phillips
Counsel for Plaintiff: Margaret I. Pieser
Counsel for Plaintiff: Stacy L. J. Price
Counsel for Plaintiff: Charles A. Rees
Counsel for Plaintiff: James A. Reid
Counsel for Plaintiff: Tracy S. Reitzel
Counsel for Plaintiff: Harold W. Ritchie
Counsel for Plaintiff: Terry T Robinson
Counsel for Plaintiff: Alexander Rodriguez
Counsel for Plaintiff: Judith Ann Rouiller
Counsel for Plaintiff: Hernando Rubio

Counsel for Plaintiff: Jackie L. Shirley
Counsel for Plaintiff: Olivia Solis
Counsel for Plaintiff: Gerald S. Solomon
Counsel for Plaintiff: Susan Jane Strehlo
Counsel for Plaintiff: Arthur J. Stewart
Counsel for Plaintiff: Tony C. Tambrello

**Affiliated Defense Counsel Affected by this Notice:**

**Harrison, Bettis, Staff, McFarland & Weems, LLP**
D Mitchell McFarland
One Allen Center
500 Dallas Street, Suite 2600
Houston, TX 77002

**Counsel for Defendants C.R. Bard, Inc. and/or Davol Inc**

Kirby T. Griffis /s/ MLG
Kirby T Griffis